

THURSTON LAW OFFICES LLC
ROBERT C. THURSTON, ESQ.
JOHN RUE, ESQ.*

100 Springdale Road A3
PMB 287
Cherry Hill, NJ 08003
856- 335-LAW1 (5291)
rthurston@schoolkidslawyer.com

May 9, 2022

**VIA ECF ONLY**
Hon. Matthew J. Skahill
U.S. Mag. Judge
U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08102

> **Re: S.S. and M.S. o/b/o H.S. v. Hillsborough Twp. BOE, et al.**
> **U.S.D.C. D.N.J. Civil No. 1:20-cv-13077-NLH-MJS**
> **Status Conference: May 12, 2022 9:30 a.m.**

Dear Judge Skahill:

As per your instructions, enclosed please find a proposed Scheduling Order in the above-referenced matter prior to the status conference scheduled for this week. All counsel agree to this draft.

However, in light of my letter filed on this docket (ECF #65) as well as other related cases and the discussion with your Honor during the status conference in *M.D., et al. v. Vineland City Bd. of Ed., et al.*, Civil No. 1:19-cv-12154, held before you on May 6, 2022, this draft may be subject to change. I also anticipate that you will adjourn this status conference so the parties may meet and confer on the discovery issue.

I will look for further direction from your Honor on the docket.



Thurston Law Offices LLC
P a g e | 2
May 9, 2022

Respectfully submitted,

Robert C. Thurston, Esq.

Encl.

cc:   All Counsel of Record (via ECF only)